PHILLIP A. TALBERT
Acting United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00054-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MARK W. KAISER, | DATE: May 12, 2016 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 12, 2016.

2. By this stipulation, defendant now moves to continue the status conference until June 30, 2016, at 9:30 a.m., and to exclude time between May 12, 2016, and June 30, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced as discovery in this case approximately 160 pages of material and many photographs and recorded calls. It is presently working on obtaining additional discovery regarding the recorded calls.

   b) Counsel for defendant desires additional time to consult with his client; to review

the current charges; to conduct investigation and research related to the charges; to review the discovery for this matter, including real evidence; to discuss potential resolutions with his client; and to otherwise prepare for trial.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 12, 2016 to June 30, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[*Remainder of page blank*.]

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 9, 2016                                  PHILLIP A. TALBERT
                                                                      Acting United States Attorney


                                                                      /s/ ROSS K. NAUGHTON
                                                                      ROSS K. NAUGHTON
                                                                      Assistant United States Attorney


Dated:  May 9, 2016                                  /s/ SEAN RIORDAN
                                                                      SEAN RIORDAN
                                                                      Counsel for Defendant
                                                                      MARK W. KAISER


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 9th day of May, 2016.


                                                                      Troy L. Nunley
                                                                      United States District Judge