HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
MARK W. KAISER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-cr-054 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | |
| MARK W. KAISER, | Date:  April 6, 2017 |
| Defendant. | Time:  9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Ross Naughton, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Mark W. Kaiser that the status conference scheduled for April 6, 2017 be vacated and continued to July 20, 2017 at 9:30 a.m.

The Government has provided defense counsel with a proposed plea agreement.  Defense counsel has negotiated with the government of this proposed plea agreement, and the parties anticipate that a revised plea agreement will soon be proffered.  Defense counsel for Mr. Kaiser requires additional time to conduct investigation and legal research and to confer with his client about how to proceed in this case.  However, defense counsel has a trial beginning April 17 that is set to last at least four weeks, a Ninth Circuit argument on May 18, and another trial scheduled to begin June 20.  Accordingly, defense counsel anticipates that it will be difficult finding time before early July to confer substantially with his client about resolving the case.

//

1    Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

2  excluded as of April 3, 2017, the date of the parties' stipulation, through and including July 20,

3  2017; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General

4  Order 479, Local Code T4 based upon continuity of counsel and defense  preparation.

5

6  DATED: April 3, 2017                    Respectfully submitted,

7                                          HEATHER E. WILLIAMS
                                           Federal Defender
8

9                                          */s/ Sean Riordan*
                                           SEAN RIORDAN
10                                         Assistant Federal Defender
                                           Attorney for MARK W. KAISER
11

12  DATED: April 3, 2017                   PHILLIP A. TALBERT
                                           United States Attorney
13

14                                         */s/ Ross Naughton*
                                           ROSS NAUGHTON
15                                         Assistant U.S. Attorney
                                           Attorney for Plaintiff
16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>ORDER</u>**

2  IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3  stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4  its order. The Court specifically finds the failure to grant a continuance in this case would deny

5  counsel reasonable time necessary for effective preparation, taking into account the exercise of

6  due diligence.  The Court finds the ends of justice are served by granting the requested

7  continuance and outweigh the best interests of the public and defendants in a speedy trial.

8  The Court orders from the time of the parties' stipulation, April 3, 2017, up to and

9  including July 20, 2017, shall be excluded from computation of time within which the trial of

10  this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11  and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It**

12  **is further ordered** the April 6, 2017 status conference shall be continued until July 20, 2017, at

13  9:30 a.m.

14  Dated:  April 3, 2017

15

16  _____

17  Troy L. Nunley
    United States District Judge

18

19

20

21

22

23

24

25

26

27

28